**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-14112
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ROBERT WILLIAM WATKINS,

*Defendant- Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 2:23-cr-00005-SCJ-JCF-1

_____

Before JORDAN, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

Saraliene S. Durrett, counsel for Robert Watkins in this direct criminal appeal, has moved to withdraw from further repre-

2                         Opinion of the Court                    24-14112

sentation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's overall assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Watkins' convictions and sentences are **AFFIRMED**.